FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 1 5 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SNOWDEN, CAMILLE • P·307023
Name and Prisoner/Booking Number

Estrella Jail D207
Place of Confinement

2939 W. Durango
Mailing Address

Phoenix, AZ  85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Camille Anjanette Snowden,  )
(Full Name of Plaintiff)    )
           Plaintiff,       )
                            )
        vs.                 )  CASE NO. CV 07-1992-PHX-SMM-HCE
                            )         (To be supplied by the Clerk)
(1) Linda Rankin            )
(Full Name of Defendant)    )
(2) Kennith Moore           )
                            )    CIVIL RIGHTS COMPLAINT
(3) Nane Farney             )        BY A PRISONER
                            )
(4) Todd Lawson             )
                            )  ☑ Original Complaint
           Defendant(s).    )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  ) ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Maricopa County Jail, Phoenix - Estrella

**550/555**

Revised 3/9/07                                       1

## B. DEFENDANTS

1. Name of first Defendant: __Linda Rankin__. The first Defendant is employed as: __Nurse__ (Position and Title) at __Maricopa County Correctional Health Service - Estrella__ (Institution)

2. Name of second Defendant: __Kennith Moore__. The second Defendant is employed as: __Seargeant__ (Position and Title) at __Maricopa County Sheriffs Office - Estrella__ (Institution)

3. Name of third Defendant: __Marie Farney__. The third Defendant is employed as: __Public Defender__ (Position and Title) at __Law office of Public Defender - Maricopa County__ (Institution)

4. Name of fourth Defendant: __Todd Lawson__. The fourth Defendant is employed as: __Assistant Attorney General__ (Position and Title) at __Office of Attorney General - State of Arizona__ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Article IV. Section 1.__

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The defendant, after attaining medical records and corresponding with a medical provider, accused me of having Turberculosis. This accussation lead to me being removed from general population and moved to the infirmary. The observation at the infirmary concluded I did not have Turberculosis as did the provider who documented in my medical chart prior to being transferred from one facility to the other. Prior to Medical transferring me to the infirmary I had signed a release of Medical Record from another State Hospital facility authorizing the release of a Turberculosis X-Ray done at there facility. I was informed by the same medical staff that the information I provided would be sufficient to prove I had not been tested positive for Turberculosis, then was told there was no record of an X-Ray from the state Hospital and that the belief is the accusation that I have Turberculosis. I was placed in a mask, taken to the infirmary, informed by a nurse there was no doctors order, returned, and then a few days later taken back to the infirmary accused of having TB.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My injury by the inaction of the defendent caused the medical condition medical wanted to treat me for to superceed my initial medical condition - External grievance I requested to be evaluated. My medical condition has not been treated and has worsened.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: __Amendment VI.__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The defendant caused me to miss an established court date by having me quarintined. The defendent had me sectioned away from general population so that I would not be able to attend my court appearance. I was unable to attend court because of the quarintine.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   My injury by this action caused a delay in medical treatment that could have been established and treated successfully so that I could have been able to attend court or released.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __Amendment IV__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was ordered to strip searched by the defendant in medical. I was told a canity search would be conducted and that I would be shot by a taser if I did not take my clothes off. The defendant orderd two female officers as he looked through the door and informed one of the defendants listed in this complaint to call a provider.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My injury by this action caused me to have additional medical symptoms caused by the squat and cough procedure and injury occured by having me placed in a green smock.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking a reprimand that all employess involved be held responsible for purposeful injury. I would also like any cost or compensation to the bennifit of the jail or medical service be reviewed and placed in a relief account. I would also like documentation to correct errors committed by the jail staff and medical care staff as well as any money collected from my account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9·11·07__
DATE

_____
SIGNATURE OF PLAINTIFF

Inmate Legal Service
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

Attorney would not sign 10·5·07
(Signature of attorney, if any)
Marie Tarney - law office of Public Defender
620 W. Jakson Ste. 4015
Phx Az. 85003

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

SNOWDEN, CAMILLE. P. 307023
Name and Prisoner/Booking Number

Estrella Jail D 207
Place of Confinement

2939 W. Durango
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Camille Anjanette Snowden, ) CASE NO. _____
                    Plaintiff, )
                               )
            vs.                ) APPLICATION TO PROCEED
                               ) IN FORMA PAUPERIS
Linda Rankin, Kennith Moore,   ) BY A PRISONER
            Defendant(s).      ) CIVIL (NON-HABEAS)
Hane Farney, Todd Lawson       )

I, Camille Anjanette Snowden, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
   ☐ Yes  ☑ No    If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐ Yes   ☑ No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐ Yes   ☑ No
   If "Yes," state the amount of your pay and where you work. _____

3. Do you receive any other payments from the institution where you are confined?   ☐ Yes   ☑ No
   If "Yes," state the source and amount of the payments. _____

Revised 4/9/06

1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?  ☒Yes  ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. _$39,000 Bond and inmate account Unknown (estimate 15.00)_

I declare under penalty of perjury that the above information is true and correct.

_8·3·07_     _C.S._
DATE        SIGNATURE OF APPLICANT

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, _Camille Anjanette Snowden_ hereby consent to having the designated correctional officials at this institution release to the Court my trust account information. I further consent to having the designated correctional officials at this institution withdraw from my trust account the funds required to comply with the order of this Court for the payment of filing fees in accordance with 28 U.S.C. § 1915(b).

My consent includes withdrawal from my account by correctional officials of partial initial payments to this Court equal to 20% of the greater of:

(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or

(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

My consent also includes monthly withdrawals from my account by correctional officials of an amount equal to 20% of each month's income. Whenever the amount in my account reaches $10.00, correctional officials will withdraw that amount and forward it to the Court until the required filing fee is paid in full. I understand that I am liable for paying the entire fee, even if my case is dismissed by the Court before the fee is fully paid.

_8·3·07_     _C.S._
DATE        SIGNATURE OF APPLICANT

Snowden, Camille
P307 023

## CERTIFICATE OF CORRECTIONAL OFFICIAL AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _Renee Springer_, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is: $ _41.67_
The applicant's average monthly deposits during the prior six months is: $ _0_
The applicant's average monthly balance during the prior six months is: $ _0_
The attached certified account statement accurately reflects the status of the applicant's account.

_10-11-07_  _Renee Springer_        _BO907_          _TLS LBJ_
DATE        AUTHORIZED SIGNATURE    TITLE/ID NUMBER  INSTITUTION

Revised 4/9/06                        2

Snowden, Camille P301023
Estrella Jail B-411
2939 W. Durango
Phx Az. 85009

pg.8

## Civil Rights Complaint
## By A Prisoner

To whom it may concern, I would like to file a First Amended Complaint after the Original Complaint has been filed. An External Grievance has been returned to me and I would like to add additional defendants. I attempted to have my attorney file this complaint in court at a settlement conference and she was unwilling. I am also having difficulty getting first and last names when I request them. I do not want to hold up filing this complaint any longer and would like to request the First Amended Complaint so that I can offer more detail along with supporting documents before the Certificate of Service to the Defendants.

Camille Anjanette Snowden
vs
Linda Rankin
Kennith Moore
Marie Farney
Todd Lawson

count IV.                                          pg 7
1. State the constitutional or other federal civil right that was violated: Amendment VI.
2.                    ☒ Access to Court
3. The defendant(s) in count II as well as count IV caused me to miss an established court date by preventing me from being present in court. The defendant used manipulation of medical and court documentation to remove me from my trial date as well as conflict arguements regarding my release.
4. Injury is a medical condition diagnosed wrongly that has lead to new symptoms and closed custody
5. a   yes
   b   yes
   c   yes
   d   —

```
10/11/07                    Inmate Account Statement                    Page: 1
11:29:28
================================================================================

Booking Number: P307023        Name: SNOWDEN, CAMILLE

   Acct Number: P307023R       Type: REG - Regular Account
                             Status: OPN - Account Open

                                                                            Acct
.....Transaction......                                                      Sts
  Date       Time    Type  Description             Amount        Balance
--------------------------------------------------------------------------------
06/22/07   16:17:34    I   Init. Funds Dep          $0.00          $0.00    OPN
07/20/07   12:19:18    D   Deposit                 $40.00         $40.00    OPN
07/27/07   08:13:37    S   Canteen Sale           -$27.23         $12.77    OPN
08/02/07   14:31:03    F   Canteen Ref/Rtn          $1.75         $14.52    OPN
08/03/07   07:56:38    S   Canteen Sale            -$5.85          $8.67    OPN
08/03/07   12:23:49    R   TRANS. REVERSAL          $5.85         $14.52    OPN
08/10/07   07:56:33    S   Canteen Sale            -$7.24          $7.28    OPN
08/17/07   08:34:13    S   Canteen Sale            -$3.08          $4.20    OPN
08/24/07   06:40:40    S   Canteen Sale            -$0.40          $3.80    OPN
08/24/07   13:35:49    D   Deposit                 $50.00         $53.80    OPN
08/31/07   07:13:58    S   Canteen Sale            -$4.40         $49.40    OPN
09/07/07   06:38:03    S   Canteen Sale            -$3.71         $45.69    OPN
09/13/07   12:26:07    D   Deposit                 $50.00         $95.69    OPN
09/14/07   08:53:54    S   Canteen Sale            -$4.73         $90.96    OPN
09/21/07   08:47:14    S   Canteen Sale           -$10.55         $80.41    OPN
09/26/07   14:09:45    H   Hlth Svcs CoPay        -$30.00         $50.41    OPN
09/28/07   07:04:26    S   Canteen Sale            -$3.20         $47.21    OPN
10/05/07   07:20:58    S   Canteen Sale            -$5.54         $41.67    OPN
                                                   ------------
                           Ending Balance:         $41.67

*** NOTE:  Funds available for self bond ==>==>==>==>==>==>==>           $41.67
           (Ending Balance) << OR >> 0

================================================================================
I hereby accept the above as an accurate statement of all transactions involving
my inmate account(s) while in custody of the Maricopa County Sheriff's Office.


       Inmate Signature:_____  Date:_____

=============   * * *   E N D   O F   S T A T E M E N T   * * *   ==============
```