**WO** SC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Camille Anjanette Snowden,          )<br>                                                        )<br>            Plaintiff,                        )<br>                                                        )<br>vs.                                                 )<br>                                                        )<br>Linda Rankin, et al.,                    )<br>                                                        )<br>            Defendants.                   )<br>_____) | No. CV 07-1992-PHX-SMM (HCE)<br><br>**ORDER** |

On February 15, 2008, Plaintiff filed a motion regarding the status of this case. (Doc.# 9.) The Court issued an Order that addressed the status of the case on February 21, 2008. (Doc.# 10.) Accordingly, Plaintiff's motion for status will be denied as moot.

**IT IS ORDERED** that Plaintiff's motion of status is **DENIED AS MOOT**. (Doc.# 9.)

DATED this 25th day of February, 2008.

Stephen M. McNamee
United States District Judge